**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID LEE MIMS

    Petitioner,                                    2:15-cv-02186-JAD-PAL

vs.

                                                    **ORDER**

BRIAN WILLIAMS, *et al.*,

    Respondents.

_____/

This action is a petition for a writ of habeas corpus by Nevada prisoner David Lee Mims. On November 19, 2015, the court ordered Mims to show cause why the action should not be dismissed on account of his failure to obtain from the court of appeals permission to file a successive habeas petition. *See* Order entered November 19, 2015 (ECF 3). The court granted Mims until December 21, 2015, to make such showing. *See id*.

On December 21, 2015, Mims filed a document entitled "Request for Voluntary Dismissal Without Prejudice" (ECF 5). In that document, Mims does not show that he has received permission from the court of appeals to file a successive petition.

///

///

///

///

1    **IT IS THEREFORE ORDERED** that this action is dismissed, as a successive petition,
2 pursuant to 28 U.S.C. § 2244(b).
3    **IT IS FURTHER ORDERED** that petitioner's Request for Voluntary Dismissal Without
4 Prejudice (ECF 5) is **DENIED** as moot.
5    **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.
6    Dated: December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE